ISIDOR STRAUS et al., Appellants, *v.* AMERICAN PUBLISHERS'
ASSOCIATION et al., Respondents.

*Straus* v. *American Publishers' Assn.*, 127 App. Div. 935, affirmed.
(Submitted June 17, 1910; decided September 27, 1910.)

APPEAL from a final judgment entered May 20, 1909, upon
an order of the Appellate Division of the Supreme Court in
the first judicial department, which affirmed an interlocutory
judgment of Special Term in an action to enjoin defendants
from acting under an agreement alleged to be in unlaw-
ful restraint of trade, whereby they bound themselves to sell
books published by them only to booksellers who would agree
to maintain a fixed retail price therefor.    The appeal was taken
from so much of the final judgment as refused equitable relief
and damages arising from the refusal to sell copyrighted books.

*Edmond E. Wise* for appellants.

*Stephen H. Olin* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BART-
LETT, HISCOCK and CHASE, JJ.    Absent: GRAY, J.

---

PETROLEUM PRODUCTS COMPANY, Respondent, *v.* WILLARD O.
FELT, Appellant.

*Petroleum Products Co.* v. *Felt*, 137 App. Div. 921, appeal dismissed.
(Submitted September 26, 1910; decided September 27, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered March
25, 1910, which affirmed an order of Special Term continuing
an injunction *pendente lite.*

*Willard G. Stanton* for appellant.

*John W. Weed* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK
and CHASE, JJ.    Absent: WILLARD BARTLETT, J